**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Christford  Morancie |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Dagma O Quinones Morancie |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number | 8:24-bk-01782-CPM |
| | (If known) |

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................ $682,679.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*................................. $28,074.82

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... $710,753.82

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $591,689.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $86,912.43

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. + $410,928.61

   **Your total liabilities** $1,089,530.04

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ...................................................... $10,017.84

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................... $10,009.95

Debtor 1    Christford Morancie & Dagma Quinones Moranc

First Name    Middle Name    Last Name

Case number *(if known)*    8:24-bk-01782-CPM

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case:**

Debtor 1          Christford  Morancie
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number   8:24-bk-01782-CPM
(If known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property<br>Debtor 1 Exemptions | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2651 Calvano Dr<br><br>Line from *Schedule A/B*:   1.1 | $ 682,679.00 | ☑ $ 125,320.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. 10, sec. 4(a)(1) |
| Brief description: 2018 Volkswagen Atlas<br><br>Line from *Schedule A/B*:   3.2 | $ 13,480.00 | ☑ $ 914.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: 2018 Volkswagen Atlas<br><br>Line from *Schedule A/B*:   3.2 | $ 13,480.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

Debtor    Christford  Morancie
_____
First Name          Middle Name          Last Name

Case number *(if known)*  8:24-bk-01782-CPM

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry - Wedding Ring  Line from *Schedule A/B*: 12 | $250.00 | ☑ $ 85.50 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: BOA account ending 4869 (Checking Account)  Line from *Schedule A/B*: 17.1 | $1,194.82 | ☑ $ 597.41 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1 _____
First Name            Middle Name            Last Name

Debtor 2    Dagma O Quinones Morancie
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the:  Middle District of Florida

Case number    8:24-bk-01782-CPM
(If known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property <br> Debtor 2 Exemptions | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2651 Calvano Dr <br><br> Line from *Schedule A/B*: 1.1 | $ 682,679.00 | ☑ $ 125,320.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. 10, sec. 4(a)(1) |
| Brief description: 2018 Volkswagen Atlas <br><br> Line from *Schedule A/B*: 3.2 | $ 13,480.00 | ☑ $ 914.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: 2018 Volkswagen Atlas <br><br> Line from *Schedule A/B*: 3.2 | $ 13,480.00 | ☑ $ 1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25 (1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

AMENDED

| Debtor | Dagma O Quinones Morancie | | |
| | First Name    Middle Name    Last Name | Case number (if known) | 8:24-bk-01782-CPM |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry - Wedding Ring<br>Line from *Schedule A/B*: 12 | $ 250.00 | ☑ $ 85.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: BOA account ending 4869 (Checking Account)<br>Line from *Schedule A/B*: 17.1 | $1,194.82 | ☑ $ 597.41<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Brief description: 401(k) through employment<br>Line from *Schedule A/B*: 21 | $8,000.00 | ☑ $ 8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

AMENDED

---

**Fill in this information to identify your case:**

Debtor 1   Christford  Morancie
_____
First Name          Middle Name          Last Name

Debtor 2   Dagma O Quinones Morancie
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number   8:24-bk-01782-CPM
(If known)  _____

☑ Check if this is an
    amended filing

---

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Christford  Morancie
_____
Signature of Debtor 1

✖ /s/ Dagma O Quinones Morancie
_____
Signature of Debtor 2

Date 06/06/2024
_____
MM / DD / YYYY

Date 06/06/2024
_____
MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Christford Morancie and Dagma O Quinones Morancie,       Case No. 8:24-bk-01782-CPM
Debtor.[1]                                               Chapter 7
_____/

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY that on or before June 11, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid:

    *See attached Mailing Matrix*

*/s/ Jay Weller*
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Label Matrix for local noticing
113A-8
Case 8:24-bk-01782-CPM
Middle District of Florida
Tampa
Tue Jun 11 12:16:21 EDT 2024

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

ADT Security Services, Inc.
1501 Yamato Road
Boca Raton, FL 33431-4438

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville, Tx 75403-3001

Ally Financial
PO BOX 8110
Cockeysville, MD 21030-8110

Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210

American Express National Bank
c/o Zwicker & Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Bank of America/Business Advantage
PO Box 15796
Wilmington, DE 19886-5796

Beasley Media Group
3033 Riviera Drive
Suite 200
Naples, FL 34103-2750

Best Buy/Cbna
50 Northwest Point Rd
Elk Grove Village, IL 60007-1032

Black Business Investment Fund, Inc.
301 E Pine st
Orlando, FL 32801-2724

Broadway Advance Funding
241 37th street
Suite B432
Brooklyn, NY 11232-2417

CBNA/Best Buy
Attn: Bankruptcy Dept.
5800 Corporate Place
Sioux Falls, SD 57108-5027

Cast Capital
2160 N Central Rd
Fort Lee, NJ 07024-7547

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Docusign
221 Main St.
Suite 1000
San Francisco, CA 94105-1925

Dpt Ed/Aidv
Po Box 9635
Wilkes Barre, PA 18773-9635

Equity Sales
1200 Ford Rd
Minnetonka, MN 55305-1616

Expansive
318 West Adams
Chicago, IL 60606-5111

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228-3609

HCA Florida Trinity Hospital
PO Box 740743
Cincinnati, OH 45274-0743

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Loandepo.Co
6561 Irvine Center Drive
Irvine, CA 92618-2118

Macys/Cbna
Po Bpx 8053
Mason, OH 45040-8053

Medexpress
2810 W Dr Maring Luther King Jr Blvd
Tampa, FL 33607-6306

Meritize Financial, Inc.
5805 Main Street
Suite 220
Frisco, TX 75034-3264

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Nelnet
3015 S Parker Rd
Aurora, CO 80014-2904

Nice Systems Inc.
221 River Street
10th Floor
Hoboken, NJ 07030-5990


RD Management LLC
810 Seventh Ave
10th floor
New York, NY 10019-5887

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814-3327

SYNCB/PayPal
P.O. Box 965005
Orlando, FL 32896-5005


Suncoast Cu
Po Box 11904
Tampa, FL 33680-1904

Syncb/Jcp
Po Box 71729
Philadelphia, PA 19176-1729

Syncb/Mc
Po Box 965005
Orlando, FL 32896-5005


Syncb/Netwrk
Pob 276
Dayton, OH 45401-0276

Syncb/Ppc
Po Box 965005
Orlando, FL 32896-5005

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949


WorkRamp, Inc.
440 N Barranca Ave
3840
Covina, CA 91723-1722

Angela Welch
12191 W. Linebaugh Ave. #401
Tampa, FL 33626-1732

Christford Morancie
2651 Calvano Dr
Land O Lakes, FL 34639-5486


Dagma O Quinones Morancie
2651 Calvano Dr
Land O Lakes, FL 34639-5486

Jay M Weller
Weller Legal Group, Inc.
25400 US Highway 19 North, Suite 150
Clearwater, FL 33763-2176


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


LoanDepot.com, LLC
MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Headway Capital, LLC
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604


Jpmcb Card
800 Brooksedge Blvd
Westerville, OH 43081

Mohela/Dofed
633 Spirit Drive
Chesterfield, MO 63005

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46