**Fill in this information to identify your case:**

Debtor 1: Christford Morancie
(First Name) (Middle Name) (Last Name)

Debtor 2: Dagma O Quinones Morancie
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number: 8:24-bk-01782-CPM
(If known)

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................. $682,679.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................... $28,074.82
   1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... $710,753.82

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $591,689.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................... $86,912.43
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... + $410,928.61

   **Your total liabilities**    $1,089,530.04

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................. $10,017.84

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................. $10,009.95

Debtor 1 __Christford Morancie & Dagma Quinones Morancie__
First Name   Middle Name   Last Name

Case number (*if known*) __8:24-bk-01782-CPM__

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Christford Morancie |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | Dagma O Quinones Morancie |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if know) | 8:24-bk-01782-CPM |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ **No. Go to Part 2.**
   ☐ **Yes.**

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | Aircall.io, Inc. | Last 4 digits of account number _____ | $ 432.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? _____ | |
| | 44 W 28th st | | |
| | Number    Street | **As of the date you file, the claim is:** Check all that apply. | |
| | 14th floor | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | New York NY    10001 | ☐ Disputed | |
| | City    State    ZIP Code | **Type of NONPRIORITY unsecured claim:** | |
| | **Who owes the debt?** Check one. | ☐ Student loans | |
| | ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ☐ Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☑ Debtor 1 and Debtor 2 only | ☑ Other. Specify  Credit Card Debt | |
| | ☐ At least one of the debtors and another | | |
| | ☐ **Check if this claim relates to a community debt** | | |
| | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 3

Debtor Christford Morancie & Dagma O Quinones Morancie   Case number (if known) 8:24-bk-01782-CPM   AMENDED
First Name  Middle Name  Last Name

Case 8:24-bk-01782-CPM   Doc 15   Filed 06/18/24   Page 4 of 9

| 4.2 | **MedMax Finance** | Last 4 digits of account number ___ | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 20208
Number           Street
Tampa   FL     33622-0208
City    State    ZIP Code

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.3 | **NACS** | Last 4 digits of account number ___ | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
1600 Duke Street
Number           Street
Alexandria  VA     22314
City    State    ZIP Code

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

**Is the claim subject to offset?**
☑ No
☐ Yes

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

Debtor  Christford Morancie & Dagma O Quinones Morancie  Case number (if known) 8:24-bk-01782-CPM
       First Name    Middle Name    Last Name

Case 8:24-bk-01782-CPM    Doc 15    Filed 06/18/24    Page 5 of 9    AMENDED

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 432.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 432.00 |

**Fill in this information to identify your case:**

Debtor 1: Christford Morancie (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Dagma O Quinones Morancie (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 8:24-bk-01782-CPM

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Christford Morancie
Signature of Debtor 1

Date 06/18/2024
   MM / DD / YYYY

✗ /s/ Dagma O Quinones Morancie
Signature of Debtor 2

Date 06/18/2024
   MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

| | |
|---|---|
| Christford Morancie and Dagma O Quinones Morancie, Debtor.[1] | Case No. 8:24-bk-01782-CPM<br>Chapter 7 |

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before June 18, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid:

*See attached Mailing Matrix*

The following newly added creditors were served with the foregoing, as well as an unredacted copy of the *Notice of Chapter 7 Bankruptcy Case* (Doc. No. 4).

Aircall.io, Inc.
44 W 28th st
14th floor
New York NY 10001

Medmax Finance
PO Box 20208
Tampa FL, 33622

NACS
1600 Duke Street
Alexandria VA 22314

/s/ Jay Weller
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-01782-CPM<br>Middle District of Florida<br>Tampa<br>Tue Jun 18 11:51:22 EDT 2024 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 |
| ADT Security Services, Inc.<br>1501 Yamato Road<br>Boca Raton, FL 33431-4438 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville, Tx 75403-3001 | Ally Financial<br>PO BOX 8110<br>Cockeysville, MD 21030-8110 |
| Amazon Web Services, Inc.<br>410 Terry Ave North<br>Seattle, WA 98109-5210 | American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Bank of America/Business Advantage<br>PO Box 15796<br>Wilmington, DE 19886-5796 |
| Beasley Media Group<br>3033 Riviera Drive<br>Suite 200<br>Naples, FL 34103-2750 | Best Buy/Cbna<br>50 Northwast Point Rd<br>Elk Grove Village, IL 60007-1032 | Black Business Investment Fund, Inc.<br>301 E Pine st<br>Orlando, FL 32801-2724 |
| Broadway Advance Funding<br>241 37th street<br>Suite B432<br>Brooklyn, NY 11232-2417 | CBNA/Best Buy<br>Attn: Bankruptcy Dept.<br>5800 Corporate Place<br>Sioux Falls, SD 57108-5027 | Cast Capital<br>2160 N Central Rd<br>Fort Lee, NJ 07024-7547 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Docusign<br>221 Main St.<br>Suite 1000<br>San Francisco, CA 94105-1925 |
| Dpt Ed/Aidv<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Equity Sales<br>1200 Ford Rd<br>Minnetonka, MN 55305-1616 | Expansive<br>318 West Adams<br>Chicago, IL 60606-5111 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | HCA Florida Trinity Hospital<br>PO Box 740743<br>Cincinnati, OH 45274-0743 | (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Loandepo.Co<br>6561 Irvine Center Drive<br>Irvine, CA 92618-2118 |
| Macys/Cbna<br>Po Bpx 8053<br>Mason, OH 45040-8053 | Medexpress<br>2810 W Dr Maring Luther King Jr Blvd<br>Tampa, FL 33607-6306 | Meritize Financial, Inc.<br>5805 Main Street<br>Suite 220<br>Frisco, TX 75034-3264 |

| | | |
|---|---|---|
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Nelnet<br>3015 S Parker Rd<br>Aurora, CO 80014-2904 | Nice Systems Inc.<br>221 River Street<br>10th Floor<br>Hoboken, NJ 07030-5990 |
| RD Management LLC<br>810 Seventh Ave<br>10th floor<br>New York, NY 10019-5887 | Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814-3327 | SYNCB/PayPal<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Sloan Servicing from Nelnet Servicing, LLC<br>7150 S Fulton Street, Suite 100<br>Centennial CO 80112-3779 | Suncoast Cu<br>Po Box 11904<br>Tampa, FL 33680-1904 | Syncb/Jcp<br>Po Box 71729<br>Philadelphia, PA 19176-1729 |
| Syncb/Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Netwrk<br>Pob 276<br>Dayton, OH 45401-0276 | Syncb/Ppc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | WorkRamp, Inc.<br>440 N Barranca Ave<br>3840<br>Covina, CA 91723-1722 | Angela Welch<br>12191 W. Linebaugh Ave. #401<br>Tampa, FL 33626-1732 |
| Christford Morancie<br>2651 Calvano Dr<br>Land O Lakes, FL 34639-5486 | Dagma O Quinones Morancie<br>2651 Calvano Dr<br>Land O Lakes, FL 34639-5486 | Jay M Weller<br>Weller Legal Group, Inc.<br>25400 US Highway 19 North, Suite 150<br>Clearwater, FL 33763-2176 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LoanDepot.com, LLC<br>MCCALLA RAYMER LEIBERT PIERCE, LLC<br>Bankruptcy Department<br>110 S.E. 6th Street, Suite 2400<br>Ft. Lauderdale, FL 33301 | Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Headway Capital, LLC<br>175 W. Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604 |
| Jpmcb Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | Mohela/Dofed<br>633 Spirit Drive<br>Chesterfield, MO 63005 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |